IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Citizens Insurance Company Of America,

Plaintiff(s),

v.

Wynndalco Enterprises, LLC, Melissa Thornley, Deborah Benjamin-Koller, Josue Herrera, David Andalcio, Marion Calderone, Jennifer Rocio, Jose Flores, ,

Defendant(s).

Case No. 20-cv-3873
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Wynndalco Enterprises, LLC, Melissa Thornley, Deborah Benjamin-Koller, Josue Herrera, David Andalcio, Marion Calderone, Jennifer Rocio, Jose Flores,
and against plaintiff(s) Citizens Insurance Company Of America
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:
☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Lee on a motion  for judgment on the pleadings.

Date: 3/30/2022

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk