IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CITIZENS INSURANCE COMPANY of
AMERICA, a Michigan corporation,

    Plaintiff-Counterclaim Defendant,

vs.

WYNNDALCO ENTERPRISES, LLC, an Illinois
limited liability company; DAVID ANDALCIO;
JOSE FLORES,

    Defendants-Counterclaim Plaintiffs.

MELISSA THORNLEY; DEBORAH BENJAMIN-
KOLLER; JOSUE HERRERA; MARIO
CALDERON and JENNIFER ROCIO,

    Defendants.

Civil Action No. 20-cv-03873

Hon. John Z. Lee

**AMENDED JUDGMENT**

The Court having considered the Cross-Motions for Judgment on the Pleadings filed by the parties and issued a Memorandum Opinion and Order (ECF 111) on March 30, 2022 granting the motion for judgment on the pleadings filed by defendants Wynndalco Enterprises, LLC, ("Wynndalco") David Andalcio, Jose Flores, Melissa Thornley, Deborah Benjamin-Koller, and Josue Herrerra (collectively, "Defendants") (ECF 85), and denying the motion for judgment on the pleadings filed by plaintiff Citizens Insurance Company of America ("Citizens") (ECF 64);

It is hereby ORDERED that a declaratory judgment shall enter adjudging:

A.     That the Distribution of Material in Violation of Statutes exclusion in the Citizens' Policy of insurance issued by Citizens to Wynndalco (attached as Exhibit A to Citizens' First Amended Complaint) does not bar coverage under the Policy for the claims asserted against Wynndalco in the *Thornley* lawsuit and the against Wynndalco, Andalcio and Flores in the *Calderon* lawsuit (as referenced in the Memorandum Opinion and Order);

  B.  That Citizens has a duty pursuant to the Policy to defend Wynndaclo against the claims asserted against Wynndalco in the *Thornley* lawsuit and a duty to defend Wynndalco, Andalcio and Flores in the *Calderon* lawsuit;

And it is further Ordered that judgment shall enter in favor of all Defendants and against Citizens on Counts One and Two of Citizens' First Amended Complaint seeking declaratory relief and in favor of Wynndalco, Andalcio and Flores and against Citizens on Count I of their Counterclaims seeking declaratory relief;

And it is further Ordered that, Citizens and Wynndalco, Andalcio and Flores having stipulated to dismissal, without prejudice or costs, of Count II of the Counterclaims filed by Wynndalco, Andalcio and Flores, that said Count II is dismissed without prejudice or costs.

Dated this 30th day of June, 2022.

_____
United States District Court Judge